■ FAMILY HERITAGE, INC., Appellant, v NEW YORK CITY TRANSIT AUTHORITY, Respondent. — Order and judgment (one paper), Supreme Court, New York County (Andrew R. Tyler, J.), entered on April 15, 1983, unanimously affirmed, without costs and without disbursements, and appeal from the order of said court entered on March 24, 1983, dismissed as having been subsumed in the appeal from the order and judgment, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Carro, Asch, Fein and Alexander, JJ.